UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:23-cr-10186-ADB |
| ) | |
| MICHAEL RILEY, ) | |
|     Defendant. ) | |

**ASSENTED-TO MOTION TO CONTINUE DETENTION HEARING**

NOW COMES the defendant, Michael Riley, through counsel, and hereby moves this Honorable Court to continue his detention hearing scheduled for February 23, 2024, to a mutually agreeable date for the Court and the Parties. The government through its representative AUSA Michael Crowley assents to this motion. As grounds for his motion, counsel states that the requested extension is being sought to ensure that his counsel has sufficient time to consult with Mr. Riley, prepare for the hearing and to schedule a pre-hearing interview. It is further noted that counsel expects Mr. Riley to be issued a notice of supervised release violation for another matter, 23-10272-ADB, pending in this Court which may effect any detention hearing in this case.

Respectfully submitted,

Michael Riley,

By his attorney,

*/s/ Peter Charles Horstmann*

Peter Charles Horstmann, Esquire
BBO#556377
450 Lexington St., Suite 101
Newton, MA 02466
617-519-9011
pete@horstmannlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned counsel certifies that on February 21, 2024, this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                         */s/ Peter C. Horstmann*
                                         Peter Charles Horstmann