UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 1:23-cr-10186-ADB |
| MICHAEL RILEY (13), | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR VOLUNTARY DETENTION WITHOUT PREJUDICE**

NOW COMES the defendant, Michael Riley (13), through counsel, and hereby notifies the Court of his intent to waive his right to a detention hearing without prejudice to renewing his motion for a detention hearing at a later date.[1]

Respectfully submitted,

*/s/ Peter Charles Horstmann*

Peter Charles Horstmann, Esquire
BBO#556377
450 Lexington St., Suite 101
Newton, MA 02466
617-519-9011
pete@horstmannlaw.com

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on April 1, 2024, this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Peter C. Horstmann*
Peter Charles Horstmann

---

[1] This waiver is made as a result of the defendant's conditions of release having been revoked in the matter of *United States v. Riley,* 23-10272-ADB.