UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL RILEY (13),<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)   Criminal No. 1:23-cr-10186-ADB<br>)<br>)<br>)<br>) |

**DEFENDANT RILEY'S STATUS REPORT**

NOW COMES the defendant, Michael Riley (13), through counsel, and hereby submits the following Status Report. In support thereof, counsel states the following:

1. Riley was first named in the Superseding Indictment, ("SI"), on February 7, 2024, and is alleged to have been involved in most, if not all, of the categories of the Count 5 RICO predicates set forth in the SI.

2. Riley is significantly older than his codefendants and his presence in the SI provides the Government with alleged historical context and alleged predicates but limited alleged criminal interaction with his younger codefendants.

3. To date, counsel has reviewed over 24,000 pages of discovery and has reviewed most of the relevant documents with Riley who is being held at Wyatt.

4. Riley is also charged with a serious weapons case also pending before the same District Judge, 23-10272-AJB, which has the potential of carrying a 15 year mandatory minimum sentence.

5. Needless to say Riley and counsel's efforts have largely been directed towards the firearms case.

1

6. The District Judge has set a deadline of October 1, 2025, to file a Motion to Suppress in that case.

7. With respect to the instant case Riley continues to be frustrated by the lack of access to his discovery at Wyatt where he is limited to 2-3 hour per week which can be interrupted by lockdowns and his work on the firearms case.

8. It is unclear to counsel how much, if any, discovery Riley has reviewed on his own.

9. There were discussions with the circuit executive's office in May, 2025, about getting Riley a laptop, but it is unclear to counsel what happened with that request as new discovery was expected from the discovery coordinator.

10. New discovery was provided June 16, 2025, but Mr. Riley reports that he has not received access to it either on a laptop or a hard drive.

11. Of greater significance is the alleged attempted murder case predicate which was tried in Suffolk Superior Court and resulted in Riley's acquittal.

12. The Government has produced security footage and discovery regarding this event, but neither party has been successful in obtaining the transcripts, exhibits and grand jury minutes from the original trial.

13. Efforts to obtain this material are hampered by the statutory sealing of the records of acquittals. M.G.L. c. 276, Section 100C.

14. Counsel anticipates potential future motions for a bill of particulars, severance of defendants and counts and dismissal of the RICO count.

                                     Respectfully submitted,

                                     */s/ Peter Charles Horstmann*

                                     Peter Charles Horstmann, Esquire
                                     BBO#556377
                                     450 Lexington St., Suite 101
                                     Newton, MA 02466
                                     617-519-9011
                                     pete@horstmannlaw.com

## **CERTIFICATE OF SERVICE**

     The undersigned counsel certifies that on September 18, 2025, this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                     */s/ Peter C. Horstmann*
                                     Peter Charles Horstmann