**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 23cr10186-ADB** |
| | ) | |
| **MICHAEL RILEY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

The United States, with the assent of Defendant Michael Riley, though his counsel, hereby moves that the Sentencing Hearing set for May 28, 2026, be continued to July 21, 2026. As grounds for the continuance, the parties and Probation need additional time to prepare and review the necessary materials for the sentencing, which involves a multi-year RICO conspiracy. This is the first requested continuance of the Sentencing Hearing.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: April 6, 2026          By: */s/ Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney