**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 23cr10186-ADB** |
| | ) | |
| **MICHAEL RILEY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING**

The United States hereby moves that the Sentencing Hearing set for July 21, 2026, be continued to a date in Late August or September.  As grounds for the continuance, the sentencing hearing will involve arguments over multiple sentencing issues related to enhancements which are presently disputed.  The government requests additional time to ensure the defendant has all necessary materials for these disputed issues and to prepare the necessary sentencing pleadings/evidence for these issues for the proceedings before the Court.  These disputed issues include two shootings.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: June 5, 2026            By: */s/ Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

1

**CERTIFICATE OF SERVICE**

I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Michael J. Crowley
MICHAEL J. CROWLEY
Assistant U.S. Attorney