# EXHIBIT 2

43

COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK S.S.** **Superior Court Department**

**Commonwealth of Massachusetts**

**vs**

**Michael Riley**

**VERDICT SLIP**

**SUCR 1784CR-153-001 Aggravated Assault and Battery by Means of a Dangerous Weapon Causing Serious Bodily Injury**

In the above-entitled case, we the jury say that the defendant is

1. X **Not Guilty**

2. ___ **Guilty of Offense as charged**

3. ___ **Guilty of Lesser Included Offense: Assault and Battery by means of a Dangerous Weapon**

4. ___ **Guilty of Lesser Included Offense: Assault and Battery**

And this is our unanimous decision

Date: September 12 2018

Foreperson

SEP 12 2018

1784CR00153

**INDICTMENT**

**Aggravated Assault & Battery By Means Of A Dangerous Weapon (SBI)**
**c. 265, §15A(c)(i)**

#001

# *Commonwealth of Massachusetts*

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand seventeen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## MICHAEL RILEY

**on December 9, 2016, did commit an assault and battery upon one Robert Dowd, by means of a certain dangerous weapon, to wit: FIREARM, and thereby did cause serious bodily injury to said Robert Dowd.**

**A TRUE BILL**

Judith M. Lyons
*Assistant District Attorney*

[signature]
*Foreperson of the Grand Jury*

*Superior Court Department — Criminal Business* *March Sitting, 2017*

MAR 08 2017

*Returned into said Superior Court by the Grand Jurors and ordered to be filed.*

Maura A. Hennigan
*Clerk of Court*

44

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK S.S. Superior Court Department

**Commonwealth of Massachusetts**

vs

**Michael Riley**

**VERDICT SLIP**

**SUCR 1784CR-153-002 Possession of a Firearm, Not Home or Work, No License**

In the above-entitled case, we the jury say that the defendant is

1. X **Not Guilty**

2. ____ **Guilty of Offense as charged**

And this is our unanimous decision

Date: September 12 2018

[signature]
Foreperson

SEP 12 2018

17 ~~84CR~~ 00153

**INDICTMENT**

**Possession Of A Firearm, Not Home/Work, No License**
**c. 269, §10(a)**

#002

# Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand seventeen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## MICHAEL RILEY

**on December 9, 2016, did unlawfully and knowingly have in his possession a firearm, from which a bullet could be discharged, the length of the barrel of said firearm being less than sixteen inches, the said MICHAEL RILEY not being present in his residence or place of business and without having in effect a license to carry firearms issued under Section 131 or 131 F of Chapter 140 of the General Laws of Massachusetts and without complying with the provisions of Section 129C and 131G of said Chapter 140.**

178 TMENT

I'

Possession Of A Firearm, Not Home/Work, No License
c. 269, §10(a)
Subsequent Offense



THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

# MICHAEL RILEY

on December 11, 2003, prior to the commission of the offense heretofore described in this indictment was convicted in the Suffolk Superior Court, of the offense of Possession Of A Firearm, Not Home/Work, No License, Docket # SUCR01-10667,

and this is therefore a second and subsequent such offense.

**A TRUE BILL**

1784 INDICTMENT
1784CR-00153

Possession Of A Firearm, Not Home/Work, No License
c. 269, §10(a)
Armed Career Criminal
c. 269, §10G(b)

# Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand seventeen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**MICHAEL RILEY**

**on April 20, 2007, prior to the commission of the offense heretofore described in this indictment number 1784CR-00153 for Possession of Firearm, not Home/Work, no license, was convicted in the Suffolk Superior Court of the offense of Manslaughter, Docket # 0484CR-11116,**

**and on December 11, 2003, prior to the commission of the offense heretofore described in this indictment was convicted in the Suffolk Superior Court of the offense of Armed Assault With Intent To Murder, Docket # 0184CR-10667,**

**and on November 17, 1998, prior to the commission of the offense heretofore described in this indictment was convicted in the Suffolk Superior Court of the offense of Armed Assault With Intent To Murder, Docket # 9784CR-12004,**

**Each of which is a violent crime or serious drug offense as defined in G.L. c.269, §10G and the said MICHAEL RILEY is therefore an armed career criminal.**

A TRUE BILL

Amy Mat
*Assistant District Attorney*

Mary Ann O'Angelo
*Foreperson of the Grand Jury*

*Superior Court Department — Criminal Business* JUN 26 2018 *June Sitting, 2018*

*Returned into said Superior Court by the Grand Jurors and ordered to be filed.*

Maura A. Hennigan
*Clerk of Court*

45

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK S.S. Superior Court Department

**Commonwealth of Massachusetts**

vs

**Michael Riley**

**VERDICT SLIP**

**SUCR 1784CR-153-003 Possession of Ammunition**

In the above-entitled case, we the jury say that the defendant is

1. X **Not Guilty**

2. ____ **Guilty of Offense as charged**

And this is our unanimous decision

Date: September 12 2018

Foreperson

SEP 12 2018

1784CR00153

**INDICTMENT**

#003

**Possession Of Ammunition**
**c. 269, §10(h)**

# *Commonwealth of Massachusetts*

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand seventeen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**MICHAEL RILEY**

**on December 9, 2016, did unlawfully possess ammunition without complying with the requirements relating to the firearm identification card provided for in Section 129C of Chapter 140 of the General Laws of Massachusetts.**

**A TRUE BILL**

*Assistant District Attorney*

*Foreperson of the Grand Jury*

*Superior Court Department — Criminal Business* MAR 08 2017 *March Sitting, 2017*

*Returned into said Superior Court by the Grand Jurors and ordered to be filed.*

*Clerk of Court*

46

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK S.S. Superior Court Department

**Commonwealth of Massachusetts**

**vs**

**Michael Riley**

**VERDICT SLIP**

**SUCR 1784CR-153-004 Carrying a Loaded Firearm**

In the above-entitled case, we the jury say that the defendant is

1. X **Not Guilty**

2. ____ **Guilty of Offense as charged**

3. ____ **Guilty of Lesser Included Offense: Possession of a Firearm**

And this is our unanimous decision

Date: September 12 2018

[signature] Foreperson

SEP 1 2 2018

1784CR00153 #004

**INDICTMENT**

**Carrying Loaded Firearm**
**c. 269, §10(n)**

# *Commonwealth of Massachusetts*

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand seventeen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**MICHAEL RILEY**

**on December 9, 2016, did knowingly have in his possession, or under his control in a vehicle, a firearm as defined in G.L. c.140, §121, or a rifle or shotgun, not then being present in his residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized by law to do so, as provided in G.L. 269, §10(a), and containing ammunition, in violation of G.L. c.269, §10(n).**

**A TRUE BILL**

Judith M. Lyons
*Assistant District Attorney*

[signature]
*Foreperson of the Grand Jury*

*Superior Court Department — Criminal Business* MAR 08 2017 *March Sitting, 2017*

*Returned into said Superior Court by the Grand Jurors and ordered to be filed.*

Maura A. Hennigan
*Clerk of Court*

**INDICTMENT**

**Possession Of A Firearm, Not Home/Work, No License**
**c. 269, §10(a)**
**Armed Career Criminal**
**c. 269, §10G(c)**

# *Commonwealth of Massachusetts*

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of August in the year of our Lord two thousand seventeen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## MICHAEL RILEY

**on April 20, 2007, prior to the commission of the offense heretofore described in indictment number 1784CR00153 for Possession of Firearm, not Home/Work, no license, was convicted in the Suffolk Superior Court of the offense of Manslaughter, Docket # 0484CR-11116,**

**and on December 11, 2003, was convicted in the Suffolk Superior Court of the offense of Armed Assault W/I to Murder, Docket # 0184CR-10667,**

**and on November 17, 1998, was convicted in the Suffolk Superior Court of the offense of Armed Assault W/I to Murder, Docket # 9784CR-12004.**

**Each of which is a violent crime or serious drug offense as defined in G.L. c.269, §10G and the said MICHAEL RILEY is therefore an armed career criminal.**

**A TRUE BILL**

Amy Mant
*Assistant District Attorney*

[signature]
*Foreperson of the Grand Jury*

*Superior Court Department — Criminal Business* *March Sitting, 2017*

AUG 28 2017

*Returned into said Superior Court by the Grand Jurors and ordered to be filed.*

Maura A. Hennigan
*Clerk of Court*

**INDICTMENT**

**Possession Of A Firearm, Not Home/Work, No License**
**c. 269, §10(a)**
**Armed Career Criminal**
**c. 269, §10G(c)**



THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## MICHAEL RILEY

**on April 20, 2007, prior to the commission of the offense heretofore described in this indictment was convicted in the Suffolk Superior Court of the offense of Manslaughter, Docket # SUCR04-11116,**

**and on December 11, 2003, prior to the commission of the offense heretofore described in this indictment was convicted in the Suffolk Superior Court of the offense of Robbery Being Armed, Docket # SUCR01-10715.**

**and on December 11, 2003, prior to the commission of the offense heretofore described in this indictment was convicted in the Suffolk Superior Court of the offense of Robbery Being Armed, Docket # SUCR01-10667.**

**Each of which is a violent crime or serious drug offense as defined in G.L. c.269, §10G and the said MICHAEL RILEY is therefore an armed career criminal.**

**A TRUE BILL**

Judith [illegible] Lyons
*Assistant District Attorney*

[signature]
*Foreperson of the Grand Jury*

*Superior Court Department — Criminal Business* MAR 08 2017 *March Sitting, 2017*

*Returned into said Superior Court by the Grand Jurors and ordered to be filed.*

Maura A. Hennigan
*Clerk of Court*

CRTR2709-CR

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CRIMINAL**
**Public Docket Report**

**1784CR00153 Commonwealth vs. Riley, Michael Lenzie**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Indictment | **FILE DATE:** | 03/08/2017 |
| **ACTION CODE:** | 265/15A/D-1 | **CASE TRACK:** | B - Complex |
| **DESCRIPTION:** | A&B WITH DANGEROUS WEAPON, SERIOUS BODILY INJURY c265 §15A (c) (i) | | |
| **CASE DISPOSITION DATE:** | 09/12/2018 | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Disposed by Jury Verdict | **STATUS DATE:** | 09/12/2018 |
| **CASE JUDGE:** | Wilkins, Douglas H | **CASE SESSION:** | Criminal 3 |

**DCM TRACK**

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| Pre-Trial Hearing | 09/01/2017 | 01/11/2018 |
| Under Advisement | 09/11/2017 | |
| Final Pre-Trial Conference | 12/29/2017 | 11/24/2017 |
| Case Disposition | 01/12/2018 | 09/12/2018 |

**PARTIES**

**Prosecutor**
Suffolk County DA

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Court

**Attorney** **650542**
Eric Brian Tennen
Division of Administrative Law Appeals
Division of Administrative Law Appeals
14 Summer St
Fourth Floor
Malden, MA 02148
Work Phone (781) 397-4723
Added Date: 04/19/2018

**Attorney** **673290**
Amy Martin Zacharias
Massachusetts Bar
95 Elm St
Boston, MA 02129
Work Phone (617) 909-3250
Added Date: 03/08/2017

**Defendant**
Riley, Michael Lenzie
50 Taber Street - Apt 2
Brockton, MA 02130

**Appointed - Indigent Defendant** **650542**
Eric Brian Tennen
Division of Administrative Law Appeals
Division of Administrative Law Appeals
14 Summer St
Fourth Floor
Malden, MA 02148
Work Phone (781) 397-4723
Added Date: 05/02/2018

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY CRIMINAL
Public Docket Report

PARTY CHARGES

| # | Offense Date/ Charge | Code | Town | Disposition | Disposition Date |
|---|---|---|---|---|---|
| 1 | 12/09/2016 | 265/15A/D-1 | Boston | | |
| | A&B WITH DANGEROUS WEAPON, SERIOUS BODILY INJURY c265 §15A (c) (i) | | | Not Guilty Verdict | 09/12/2018 |
| 2 | 12/09/2016 | 269/10/K-0 | Boston | | |
| | FIREARM, CARRY WITHOUT LICENSE, 2ND OFF c269 §10(a) & (d) | | | Not Guilty Verdict | 09/12/2018 |
| 3 | 12/09/2016 | 269/10/TT | Boston | | |
| | AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1) | | | Not Guilty Verdict | 09/12/2018 |
| 4 | 12/09/2016 | 269/10/EE-0 | Boston | | |
| | FIREARM, CARRY WITHOUT LICENSE LOADED c269 s.10(n) | | | Not Guilty Verdict | 09/12/2018 |

A TRUE COPY
ATTEST ________
Assistant Clerk
Suffolk Superior Criminal Court

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY CRIMINAL
Public Docket Report

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Cour

EVENTS

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 03/28/2017 | Magistrate's Session | Arraignment | Held as Scheduled | Medeiros |
| 04/20/2017 | Magistrate's Session | Pre-Trial Conference | Held as Scheduled | Curley |
| 05/08/2017 | Criminal 1 | Hearing for Protective Order | Held as Scheduled | Cannone |
| 05/30/2017 | Magistrate's Session | Pre-Trial Conference | Held as Scheduled | Curley |
| 06/20/2017 | Criminal 1 | Hearing RE: Discovery Motion(s) | Held as Scheduled | Cannone |
| 07/10/2017 | Magistrate's Session | Filing of Motions | Not Held | Cannone |
| 07/10/2017 | Criminal 1 | Bail Hearing | Held as Scheduled | Sullivan |
| 08/31/2017 | Criminal 1 | Motion Hearing | Held as Scheduled | Sullivan |
| 09/11/2017 | Criminal 1 | Pre-Trial Hearing | Not Held | Sullivan |
| 10/02/2017 | Criminal 1 | Pre-Trial Hearing | Not Held | Miller |
| 10/03/2017 | Criminal 1 | Hearing for Appearance / Appointment of Counsel | Held as Scheduled | Miller |
| 10/17/2017 | Criminal 1 | Conference to Review Status | Held as Scheduled | Locke |
| 11/06/2017 | Criminal 1 | Conference to Review Status | Not Held | Miller |
| 01/11/2018 | Criminal 5 | Final Pre-Trial Conference | Canceled | Curley |
| 01/11/2018 | Criminal 3 | Final Pre-Trial Conference | Held as Scheduled | Giles |
| 01/22/2018 | Criminal 5 | Jury Trial | Canceled | Curley |
| 01/22/2018 | Criminal 3 | Jury Trial | Not Held | Giles |
| 03/15/2018 | Criminal 3 | Final Pre-Trial Conference | Held as Scheduled | Giles |
| 03/22/2018 | Criminal 3 | Final Pre-Trial Conference | Rescheduled | Giles |
| 04/02/2018 | Criminal 3 | Jury Trial | Canceled | Giles |
| 04/18/2018 | Criminal 3 | Final Pre-Trial Conference | Held as Scheduled | Giles |
| 06/06/2018 | Criminal 3 | Trial Assignment Conference | Held as Scheduled | Giles |
| 06/21/2018 | Criminal 1 | Bail Hearing | Held as Scheduled | Cannone |
| 07/26/2018 | Criminal 1 | Conference to Review Status | Held as Scheduled | Sullivan |
| 08/15/2018 | Criminal 3 | Final Pre-Trial Conference | Rescheduled | Wilkins |
| 08/28/2018 | Criminal 3 | Conference to Review Status | Not Held | Wilkins |
| 09/06/2018 | Criminal 3 | Jury Trial | Held as Scheduled | Wilkins |
| 09/07/2018 | Criminal 3 | Jury Trial | Held as Scheduled | Wilkins |
| 09/10/2018 | Criminal 3 | Jury Trial | Held as Scheduled | Wilkins |
| 09/11/2018 | Criminal 3 | Jury Trial | Held as Scheduled | Wilkins |
| 09/12/2018 | Criminal 3 | Jury Trial | Held as Scheduled | Wilkins |

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY CRIMINAL
Public Docket Report

## FINANCIAL SUMMARY

| | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| | Total | 150.00 | 0.00 | 0.00 | 150.00 |

A TRUE COPY
ATTEST

Assistant Clerk
Suffolk Superior Criminal Court

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY CRIMINAL
Public Docket Report

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Court

**INFORMATIONAL DOCKET ENTRIES**

| Date | Ref | Description | Judge |
|---|---|---|---|
| 03/08/2017 | 1 | Indictment(s) returned | |
| 03/08/2017 | 2 | Commonwealth 's Motion for an arrest warrant filed | |
| 03/08/2017 | | Endorsement on Motion for an arrest warrant , (#2.0): ALLOWED<br>Tochka , J. | Tochka |
| 03/08/2017 | | Issued:<br>Straight Warrant issued on 03/08/2017 for Riley, Jr., Michael | |
| 03/28/2017 | | Recalled:<br>Straight Warrant cancelled on 03/28/2017 for Riley, Jr., Michael | |
| 03/28/2017 | | Bail set at $200,000.00 Surety, $20,000.00 Cash. w/o/p<br>GPS Prior to Release<br>COB: GPS Prior to Release, Stay away no contact with victims and witnesses, Abide by exclusion zone, Bromley Health Area | Medeiros |
| 03/28/2017 | | Issued on this date:<br><br>Mittimus in Lieu of Bail<br>Sent On: 03/28/2017 10:19:08 | |
| 03/28/2017 | | Defendant Brought Inot Court<br>The following event: Arraignment scheduled for 03/28/2017 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled<br>Warrant Ordered Recalled<br>Public Counsel Division Appointed to Represent Defendant (Fee suspended while in Custody)<br>L.Medeiros, MAG - D.McGowan and A.MArtin, ADA - J.Osler, Atty - FTR | Medeiros |
| 03/28/2017 | | Defendant arraigned before Court. | Medeiros |
| 03/28/2017 | | Defendant waives reading of indictment | Medeiros |
| 03/28/2017 | | Plea of not guilty entered on all charges. | Medeiros |
| 03/28/2017 | | Court inquires of Commonwealth if abuse, as defined by G.L. c. 209A, § 1, is alleged to have occurred immediately prior to or in connection with the charged offense(s). | Medeiros |
| 03/28/2017 | | Court finds NO abuse is alleged in connection with the charged offense. G.L. c. 276, § 56A. | Medeiros |
| 03/28/2017 | 3 | Commonwealth Amy Martin Zacharias, Esq.'s Notice of Appearance Filed | |
| 03/28/2017 | 4 | Commonwealth Amy Martin Zacharias, Esq.'s Notice of Discovery I filed | |
| 03/28/2017 | 5 | Commonwealth files the statement of the case. | |
| 03/28/2017 | | Attorney appearance<br>On this date John P Osler, Esq. added as Appointed - Indigent Defendant for Defendant Michael Riley, Jr.<br>Appointment made for the purpose of Case in Chief by Judge Lisa B Medeiros. | |

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal C

| | | | |
|---|---|---|---|
| 04/20/2017 | | Event Result:<br>Deft. brought into court.<br>Case continued by agreement to 5/8/2017<br>Hrg Re: Live Bail and Protective order (J Session)<br>- JAIL LIST<br><br>Also continued by agreement to 7/10/2017<br>Hrg Re: Filing of Motions (Cm Session)<br><br>E. Curley, MAG<br>A. Martin, ADA<br>J. Osler, Atty<br>FTR | Curley |
| 04/20/2017 | | Case assigned to:<br>DCM Track B - Complex was added on 04/20/2017<br><br>Pre-Trial Conference Date - 5/30/2017 - Mag - JAIL LIST<br>Pre-Trial Hearing Date - 9/11/2017 - 704 - 1st Session<br>Final Pre-Trial Hearing Date - 1/11/2018 - 817 - at 2Pm<br>Trial - 1/22/2018 - 817 | |
| 04/20/2017 | 6 | Commonwealth 's Motion for protective order, filed. | |
| 05/08/2017 | | Deft brought into court<br>After hearing, Deft's oral motion for reduction of bail denied<br>Cannone, J. - A. Martin, ADA. - J. Osler, Atty. - FTR. | Cannone |
| 05/08/2017 | 7 | Commonwealth 's Motion for a protective order (Amended) filed and allowed without prejudice | Cannone |
| 05/08/2017 | 8 | ORDER: filed | Cannone |
| 05/08/2017 | 9 | Commonwealth 's Notice of discovery II | Cannone |
| 05/30/2017 | 10 | Pre-trial conference report filed | |
| 05/30/2017 | | Event Result:<br>The following event: Pre-Trial Conference scheduled for 05/30/2017 09:30 AM has been resulted as follows:<br>Result: Held as Scheduled, Case continued to 6/20/17, hre: Motions Discovery, J session, JAIL LIST, By Agreement<br><br>Appeared:<br>Defendant Riley, Jr., Michael (Brought into court)<br>Attorney Osler, Esq., John P<br>Attorney Zacharias, Esq., Amy Martin<br>FTR | Curley |
| 05/30/2017 | 11 | Defendant 's Motion for Relief From NonDisclosure with Affidavit in Support Filed | |
| 06/20/2017 | | Deft brought into court<br>Hearing re non-disclosure motion(P#11) held<br>Continued by agreement to 7-10-17 re live bail and status re discovery(J). Jail list<br>Cannone, J. - D. McGowan for A Martin, ADA. - J. Osler, Atty. - FTR | Cannone |

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY CRIMINAL
Public Docket Report

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal C

| | | | |
|---|---|---|---|
| 06/20/2017 | | Event Result:<br>The following event: Filing of Motions scheduled for 07/10/2017 09:30 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Transferred to another session | Cannone |
| 06/20/2017 | 12 | Commonwealth 's Response to defendant's request for video surveillance from Boston Housing Authority | Cannone |
| 07/10/2017 | | Deft brought into court<br>Continued by agreement to 8-31-17 re motions(J)<br>After hearing, Deft's oral motion for reduction of bail denied<br>Sullivan, J. - A. Martin, ADA. - J. Osler, Atty. - FTR | Sullivan |
| 07/10/2017 | 13 | Commonwealth 's Notice of Discovery 3rd | Sullivan |
| 07/10/2017 | 14 | Commonwealth 's Assented to Motion for EMS records | Sullivan |
| 07/10/2017 | | Endorsement on , (#14.0): ALLOWED | Sullivan |
| 07/10/2017 | 15 | Defendant 's Motion to dismiss armed career criminal sentence enhancement with memorandum in support | Sullivan |
| 07/10/2017 | 16 | ORDER: for production of Boston EMS records | Sullivan |
| 08/28/2017 | | Indictment(s) returned<br>Enhancement returned 8/28/2017 Indictment #002 now having the enhancement as Armed Career Criminal. | |
| 08/30/2017 | 17 | Defendant 's EX PARTE Motion for funds together with supporting affidavit. Motion for funds is ALLOWED up to $2,000 at CPCS rates. Curley, Mag. / J. Ostler, Atty. | Curley |
| 08/30/2017 | 18 | Defendant 's Motion to Dismiss Armed Career Criminal Sentence Enhancement Predicated on Manslaughter Conviction, together with a memorandum of law in support thereof. | |
| 08/31/2017 | | Deft Brought into Court<br>Hearing re: Motion for Sanctions held before Sullivan, J<br>After Hearing on p#11, Taken under Advisement<br>Case has Next Scheduled Date<br><br>Sullivan, J<br>AM Zacharias, ADA<br>J Osler, ATTY<br>FTR | Sullivan |
| 08/31/2017 | 19 | Defendant 's Motion to Exclude Evidence as Sanction for Noncompliance w/ Discovery Order filed | Sullivan |
| 09/11/2017 | | Not in court<br>Continued by agreement to 10-2-17 re PTH(J)<br>Sullivan, J. - A. Martin, ADA. - J Osler, Atty - FTR | Sullivan |
| 09/13/2017 | | Endorsement on Motion to exclude evidence as sanction for non compliance with discovery, (#19.0): DENIED<br>See order filed (P#20)<br>(Copy of order to A. Martin, ADA and J. Osler, Attorney) | Sullivan |

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Court

| | | | |
|---|---|---|---|
| 09/13/2017 | 20 | ORDER: Decision re: Defendants motion for sanctions filed<br>(Copy of order to A. Martin, ADA and J. Osler, Attorney) | Sullivan |
| 10/02/2017 | | Not in court<br>Continued by order of court to 10-3-17 re counsel(J). Jail list<br>Miller, J. - A. Martin, ADA. - J. Osler, Atty. - FTR. | Miller |
| 10/02/2017 | 21 | Commonwealth 's Notice of discovery, Fifth | Miller |
| 10/02/2017 | 22 | Defendant 's Motion to withdraw as appointed counsel | Miller |
| 10/03/2017 | | Not in court<br>Continued by agreement to 10-17-17 re status(J)<br>Miller, J. - A. Martin, ADA. - S. Helinski, Atty. - FTR. | Miller |
| 10/03/2017 | | Attorney appearance<br>On this date John P Osler, Esq. dismissed/withdrawn as Appointed - Indigent Defendant for Defendant Michael Riley, Jr. | |
| 10/03/2017 | | Attorney appearance<br>On this date Stanley D Helinski, Esq. added as Appointed - Indigent Defendant for Defendant Michael Riley, Jr.<br>Appointment made for the purpose of Case in Chief by Judge Hon. Rosalind H Miller.<br><br>Fee waived for this appointment only | |
| 10/03/2017 | | Endorsement on , (#22.0): ALLOWED | Miller |
| 10/17/2017 | | Deft not in court<br>Continued by agreement to 11-6-17 re status(J)<br>A Martin, ADA. - S. Helinski, Atty. - FTR.<br><br>Judge: Locke, Hon. Jeffrey A | Locke |
| 11/06/2017 | | Event Result:<br>Judge: Miller, Hon. Rosalind H<br>The following event: Conference to Review Status scheduled for 11/06/2017 09:30 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Joint request of parties<br>Off LIst - Case on Track<br><br>Judge: Miller, Hon. Rosalind H | Miller |
| 11/24/2017 | | Event Result:<br>Judge: Curley, Edward J<br>The following event: Jury Trial scheduled for 01/22/2018 09:00 AM has been resulted as follows:<br>Result: Canceled<br>Reason: Transferred to another session | Curley |
| 11/24/2017 | | Event Result:<br>Judge: Curley, Edward J<br>The following event: Final Pre-Trial Conference scheduled for 01/11/2018 02:00 PM has been resulted as follows:<br>Result: Canceled<br>Reason: Transferred to another session | Curley |

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CRIMINAL**
**Public Docket Report**

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Court

| | | | |
|---|---|---|---|
| 11/24/2017 | | ORDER: ORDER: Per the direction of the Regional Administrative Justice, this matter will be tried in the Third Criminal Session (Rm 808). Therefore, the Final PTC will be held on 1/11/18 at 2PM in Room 808. The trial will be held in Room 808 beginning 1/22/18.<br><br>Judge: Curley, Edward J | Curley |
| 11/24/2017 | | The following form was generated:<br>A Clerk's Notice was generated and sent to:<br>Attorney: Stanley D Helinski, Esq.<br>Attorney: Amy Martin Zacharias, Esq. | |
| 01/11/2018 | | Event Result:<br>Judge: Giles, Hon. Linda E<br>The following event: Final Pre-Trial Conference scheduled for 01/11/2018 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | Giles |
| 01/12/2018 | | Event Result:<br>Judge: Giles, Hon. Linda E<br>The following event: Jury Trial scheduled for 01/22/2018 09:00 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Court Order | Giles |
| 03/15/2018 | | Event Result:<br>Judge: Giles, Hon. Linda E<br>The following event: Final Pre-Trial Conference scheduled for 03/15/2018 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled<br><br>Defendant not present<br><br>Case remains on track for trial on April 2, 2018<br><br>Giles, J.<br><br>D. McGowan, ADA<br>S. Helinsky, Atty.<br>N. McCann, C/R<br><br>Judge: Giles, Hon. Linda E | Giles |
| 03/15/2018 | | Event Result:<br>Judge: Giles, Hon. Linda E<br>The following event: Final Pre-Trial Conference scheduled for 03/22/2018 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: By Court prior to date | Giles |
| 03/15/2018 | 23 | Joint Pre-Trial Memorandum filed: | |
| 03/28/2018 | 24 | 's Joint Motion To continue the trial | |

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Court

| | | | |
|---|---|---|---|
| 04/18/2018 | | Defendant brought into court.<br>Court allows Atty S.Helinski to withdraw.<br><br>Court appoints Atty. E. Tennen pursuant to Rule 53.<br><br>Court gives defendant Pena warning<br><br>Court continues case to 6/6/18 for Trial Assignment 2pm by agreement<br><br>Giles,J. - A.Martin,ADA. - E.Tennen ,Atty. - N.McCann C/R.<br><br>Judge: Giles, Hon. Linda E | Giles |
| 04/18/2018 | | Attorney appearance<br>On this date Stanley D Helinski, Esq. dismissed/withdrawn as Appointed - Indigent Defendant for Defendant Michael Riley, Jr. | |
| 05/02/2018 | | Attorney appearance<br>On this date Eric Brian Tennen, Esq. added as Appointed - Indigent Defendant for Defendant Michael Riley, Jr.<br>Appointment made for the purpose of Case in Chief by Judge Hon. Linda E Giles. | |
| 06/06/2018 | | Judge: Giles, Hon. Linda E | Giles |
| 06/06/2018 | 25 | Commonwealth 's Notice Of Discovery VI<br><br>Judge: Giles, Hon. Linda E<br>Applies To: Helinski, Esq., Stanley D (Attorney) on behalf of Riley, Jr., Michael (Defendant); Zacharias, Esq., Amy Martin (Attorney) on behalf of Suffolk County DA (Prosecutor) | Giles |
| 06/08/2018 | | Deft not in court<br>Continued at request of deft to 6-21-18 re LIVE bail and hearing re motions(J).<br>Jail list<br>E Tennen, Atty by phone.<br><br>Judge: Cannone, Hon. Beverly J | Cannone |
| 06/21/2018 | | Brought into court<br>Hearing re motion to dismiss(#18) re ACC portion - No action taken<br>Deft's oral motion for reduction of bail denied<br>Continued by agreement to 7-26-18 for status re discovery(J)<br>A Martin, ADA. - E Tennen, Atty. - FTR.<br><br>Judge: Cannone, Hon. Beverly J | Cannone |
| 06/21/2018 | 26 | Finding by Court: and order regarding bail filed<br><br>Judge: Cannone, Hon. Beverly J | Cannone |

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Court

| | | | |
|---|---|---|---|
| 07/26/2018 | | Defendant Not in Court<br>Status Hearing Held<br>07/26/2018 09:30 AM<br>Has been: Held as Scheduled<br>Hon. William F Sullivan, Presiding<br>Sullivan,J - A.Martin, ADA - E.Tennen ,Atty - FTR<br><br>Judge: Sullivan, Hon. William F | Sullivan |
| 08/15/2018 | | Defendant NOT in court.<br>case rescheduled by agrmt to 8/28/18 2pm for status of 9/6 trial date.<br>Court informs the parties that it will be unavailable on trial date b/c of homicide BUT may find another home/session to accomodate trial.<br>Wilkins,J. - A.Martin,ADA. - R.Sinha,Atty. - E.Tyler C/R.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 08/28/2018 | | Defendant not in court.<br>Event Result:: Conference to Review Status scheduled on:<br>08/28/2018 02:00 PM<br>Has been: Not Held For the following reason: Not reached by Court.<br>Case on track.<br>Hon. Douglas H Wilkins, Presiding<br>A. Martin and D. McGowan ADA's<br>E. Tennen Attorney<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/04/2018 | 27 | Defendant 's Motion to permit change of clothes | |
| 09/04/2018 | 28 | Defendant 's Motion in limine to preclude admission of medical records | |
| 09/06/2018 | 29 | Commonwealth 's Request for a wiew | |
| 09/06/2018 | 37 | Witness list<br><br>(updated)<br><br>Applies To: Suffolk County DA (Prosecutor) | |
| 09/06/2018 | | Endorsement on Motion , (#27.0): ALLOWED<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/06/2018 | 30 | Commonwealth 's Motion to admit video surveillance from camilo's liquor store and the BHA | |
| 09/06/2018 | 31 | Witness list<br><br>Applies To: Suffolk County DA (Prosecutor) | |
| 09/06/2018 | 32 | Defendant 's Motion for attorney led individual and panel voir dire | |
| 09/06/2018 | 33 | Defendant 's Motion to dismiss and supporting memorandum | |
| 09/06/2018 | 34 | Defendant 's Motion in limine to preclude any reference to prior bad acts and/or prior encounters with police | |

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Court

| | | | |
|---|---|---|---|
| 09/06/2018 | 35 | Defendant 's Motion in limine to preclude testimony regarding identification from surveillance video and to preclude any in-court identification of defendant | |
| 09/06/2018 | 36 | Defendant 's Motion in limine to exclude still photographs from the missing surveillance video | |
| 09/06/2018 | 38 | Commonwealth 's Memorandum of opposition to deft's motion to exclude still photographs from the missing surveillance video | |
| 09/06/2018 | 39 | Commonwealth 's Motion in limine to allow lay witness identification of Kenneth Wigham by Shannon O'Donnell and Michael Riley by Suzanne Bertone | |
| 09/06/2018 | | Brought into court.<br>The Commonwealth moves for trial.<br>The Court Orders a jury of 14 members empaneled.<br>Empanelment begins.<br>Venire exhausted.<br>Hearing held re: motions in limine.<br>Cont. to 9/7/18 re: further empanelment by Court Order.<br>Wilkins. J.<br>A. Martin and D. McGowan ADA's<br>E. Tennen Attorney<br>J. Russo FTR<br><br>Judge: Wilkins, Hon. Douglas H<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/07/2018 | | Brought into court - J. Russo FTR.<br>Empanelment completed.<br>After hearing re: (P.#33), matter taken under advisement.<br>Hearing held re: motions in limine.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/09/2018 | | Endorsement on Motion , (#30.0): ALLOWED<br>- as endorsed.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/09/2018 | | Endorsement on Motion , (#36.0): DENIED<br>- as endorsed.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/09/2018 | | Endorsement on Motion , (#33.0): DENIED<br>- as endorsed.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/09/2018 | | Endorsement on Motion , (#35.0): ALLOWED<br>- as endorsed.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |

A TRUE COPY
Assistant Clerk
Suffolk Superior Criminal Court

| | | | |
|---|---|---|---|
| 09/09/2018 | | Endorsement on Motion , (#39.0): Other action taken allowed in part and denied in part - as endorsed.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/09/2018 | | Endorsement on Motion , (#34.0): ALLOWED - as endorsed.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/10/2018 | | Brought into court - J. Russo FTR.<br>Hearing held re: motions in limine.<br>Jury sworn.<br>Trial begins with 14 jurors before Wilkins, J.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/10/2018 | 39.5 | Commonwealth 's Motion in limine to admit 911 call | |
| 09/11/2018 | 40 | Defendant 's Request re: proposed jury instructions | |
| 09/11/2018 | 41 | Defendant 's Motion to take judicial notice | |
| 09/11/2018 | | Endorsement on Motion , (#28.0): DENIED - as endorsed.<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/11/2018 | | Brought into court - J. Russo FTR.<br>Trial continues...<br>The Commonwealth rests.<br>After Hearing re: Deft's Oral Motion for a required finding of not guilty - The Court reserves.<br>The Defense rests.<br>After Hearing re: Deft's renewed Oral Motion for a required finding of not guilty - The Court reserves.<br><br>Judge: Wilkins, Hon. Douglas H<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/11/2018 | | Endorsement on Motion in limine , (#39.5): ALLOWED without objection<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |
| 09/11/2018 | 42 | Commonwealth 's Request / proposed limiting instruction | |
| 09/12/2018 | | Brought into Court. E. Tyler - CR.<br>Trial continues...<br><br>Judge: Wilkins, Hon. Douglas H | Wilkins |

A TRUE COPY
ATTEST
Assistant Clerk
Suffolk Superior Criminal Court

| | | |
|---|---|---|
| 09/12/2018 | | Offense Disposition::<br>Charge #1 A&B WITH DANGEROUS WEAPON, SERIOUS BODILY INJURY c265 §15A (c) (i)<br>On: 09/12/2018 Judge: Hon. Douglas H Wilkins<br>By: Jury Trial Not Guilty Verdict<br><br>Charge #2 FIREARM, CARRY WITHOUT LICENSE, 2ND OFF. c269 §10(a) & (d)<br>On: 09/12/2018 Judge: Hon. Douglas H Wilkins<br>By: Jury Trial Not Guilty Verdict<br><br>Charge #3 AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1)<br>On: 09/12/2018 Judge: Hon. Douglas H Wilkins<br>By: Jury Trial Not Guilty Verdict<br><br>Charge #4 FIREARM, CARRY WITHOUT LICENSE LOADED c269 s.10(n)<br>On: 09/12/2018 Judge: Hon. Douglas H Wilkins<br>By: Jury Trial Not Guilty Verdict |
| 09/12/2018 | | TRIAL ACTIVITY:<br><br>At the final submission of the case to the jury, The numbers of juror (38) seat (4) and juror (23) seat (5) were drawn and designated alternate jurors.<br>After inspection, Attorneys are satisfied with exhibits and verdict slips.<br>The jury selects juror (101) seat (2) foreperson.<br>Jury deliberations begin. |
| 09/12/2018 | 43 | Verdict affirmed, verdict slip filed<br><br>Re: 001 |
| 09/12/2018 | 44 | Verdict affirmed, verdict slip filed<br><br>Re: 002 |
| 09/12/2018 | 45 | Verdict affirmed, verdict slip filed<br><br>Re: 003 |
| 09/12/2018 | 46 | Verdict affirmed, verdict slip filed<br><br>Re: 004 |
| 09/12/2018 | | TRIAL ACTIVITY:<br><br>Discharge issued.<br>No warrants per WMS/Masscourts.<br>Exhibits returned to ADA McGowan.<br>Wilkins, J.<br>A. Martin and D. McGowan ADA's<br>E. Tennen Atty.<br>E. Tyler CR |