# CERTIFICATE *of* COMPLETION

PRESENTED TO

## MICHAEL RILEY

**#82949-510**

**HAS SUCCESSFULLY COMPLETED THE**

***ANGER MANAGEMENT WORKSHOP***

**With J. Singleton, Programs Specialist**

**At The Donald W. Wyatt Detention Facility**

**L. Jimenez**
**Director Of Programs**
**October 2026**

**J. Singleton**
**Programs Specialist**

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## MICHAEL RILEY

(#82949-510)

HAS SUCCESSFULLY COMPLETED THE

***"THE IMPACT OF CRIME ON VICTIMS"***

With M. Gomes, Unit Manager

At The Donald W. Wyatt Detention Facility

L. Jimenez
Director Of Programs
September, 2026

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## MICHAEL RILEY

82949-510

HAS SUCCESSFULLY COMPLETED THE

## ***Biohazard Clean-up***

At The Donald W. Wyatt Detention Facility

Michael Nessinger
Warden
October 2025

Ray Lafreniere
Safety Manager

## Fw: Dear Honorable Judge,

Jessica Ventura Redacted
Pete Horstmann
Mon, Oct 26, 2026, 9:59 AM

This is the letter

Get Outlook for iOS

**From:** Marina J Ventura Redacted
**Sent:** Monday, October 26, 2026 9:49 AM
**To:** Jess Gaviria Redacted
**Subject:** Dear Honorable Judge,

**Dear Honorable Judge,**

**I am writing this letter on behalf of Michael, someone who has been an incredibly important person in my life and the lives of my children.**

**It is difficult to put into words what Michael means to us. Over the years, he has been much more than a friend. I consider him my big brother. He has always been someone I could depend on during some of the most difficult moments of my life. When I needed support, encouragement, or simply someone to listen, Michael was there without hesitation.**

**What has always stood out most about Michael is the kindness he shows to others. He has treated my children with love, respect, and genuine care. He has been a positive role model in their lives, encouraging them, making them laugh, and showing them what it means to be a good person. My children know him as someone they can trust, and that speaks volumes about his character.**

**The Michael I know is compassionate, thoughtful, and always willing to help those around him. He has a big heart and has touched many lives through his generosity and friendship. When people are struggling, he is often the first person to offer help, even when he has challenges of his own.**

**I understand that the Court must consider all aspects of this case, but I hope you will also**

consider the man that so many of us know and love. Michael is not defined by one moment or one mistake. He is a son, a friend, a mentor, and someone who has made a positive difference in the lives of many people, including my family.

I sincerely believe that Michael has so much more to contribute to his community and the people who care about him. His absence has already left a tremendous void in our lives. My children and I miss him deeply, and we look forward to the day when he can continue being the positive presence he has always been.

Thank you for taking the time to read my letter and for considering my perspective as someone who has witnessed Michael's character and the impact he has had on others.

Respectfully,

Jessica Gaviria Ventura

Sent from my iPhone

To Whom It May Concern,

I am writing this letter to speak on behalf of Michael Riley. My name is Rashawnda Stokes, and as his cousin-in-law, I have had the chance to know Michael through family over the years and observe the type of person he is outside of his current situation.

Michael has always been welcoming, respectful, and family-oriented in every interaction I have had with him. He has shown compassion toward others and has always treated those around him with kindness and consideration. From my experience, he is someone who values relationships and genuinely cares about the well-being of his loved ones.

I understand that the court must consider the seriousness of the charges before him, but I also believe it is important to recognize that people are more than the mistakes they make. I believe Michael has the ability to reflect on his decisions, grow from this experience, and become a stronger person moving forward.

What stands out most to me is that Michael has a family that supports him and believes in his ability to do better. I truly believe he deserves the opportunity to continue learning, rebuilding, and making positive contributions in his life and to those around him.

I respectfully ask that you consider not only this difficult chapter in his life, but also the qualities he possesses as a person and the potential he has for rehabilitation and growth.

Thank you for your time and consideration.

Sincerely,

Rashawnda Stokes

To Whom It May Concern,

My name is Marvin Stokes, and I am writing this letter on behalf of my cousin, Michael Riley. I have known Michael my entire life, and I want to speak on the character and person that I know beyond the circumstances that brought him before the court.

Michael has always been someone who values family and cares deeply for the people around him. Throughout the years, I have known him to be respectful, supportive, and willing to help others whenever he could. He has maintained close relationships with family members and has always shown love and concern for those important to him.

While I understand the seriousness of the situation he is facing, I truly believe this does not define who Michael is as a person. Everyone faces challenges and makes mistakes in life, but I believe Michael has the ability to learn, grow, and move forward in a more positive direction. I believe he has reflected on his actions and is capable of becoming stronger from this experience.

As his cousin, I have seen qualities in Michael that show he still has value, potential, and the ability to contribute positively to his family and community. I respectfully ask that the court take into consideration his character, his support system, and his potential for rehabilitation moving forward.

Thank you for taking the time to read my letter and consider my perspective.

Sincerely,

Marvin Stokes

**Pete Horstmann**

**From:** SHELLY-ANN PALMER Redacted
**Sent:** Wednesday, April 22, 2026 11:25 AM
**To:** Pete Horstmann
**Subject:** Re: Michael Riley

Shelly-Ann Palmer
Address Redacted

July 2026

Re: Sentencing Consideration for Michael Riley

Dear Judge Burroughs,

My name is Shelly-Ann Palmer, and I am a friend of Michael Riley. I am writing to respectfully ask the Court to consider compassion and understanding when sentencing Michael Riley. I recognize the seriousness of the matter before you and the responsibility you carry in ensuring justice is served. At the same time, I hope to offer a perspective on the human capacity for change and redemption.

Through my own life experiences, I have learned that we do not always have to remain victims of our past. I have made wrong and difficult choices myself, but I have worked hard to grow beyond them. This past May, I earned my second degree, and I am now working toward becoming a neonatal nurse practitioner. My journey has shown me firsthand that change is possible with determination, support, and accountability. No matter the age, change is possible. Sometimes, we do not believe in our own abilities until someone else plants a mustard seed of faith, encouraging us to see that growth is possible and giving us the strength to put that belief into action.

Michael has faced significant challenges and hardships throughout his life—circumstances that have shaped his past decisions but do not have to define his future. Many individuals who have experienced instability, trauma, or limited opportunities find themselves on difficult paths, often without the guidance or support needed to make better choices. While these factors do not excuse wrongdoing, they provide important context for understanding it. I would also like to share a personal experience that reflects his character. I met Michael when I did not have enough money to buy food, and he stepped in to help me, even though he could easily have turned his back. He did not hesitate, and that moment showed me that he has a good heart, even if he has made poor decisions.

What stands out now is the opportunity for growth and change. People are not defined by their past; they can learn, evolve, and contribute positively to society when given the chance. Michael has shown signs of reflection and a willingness to take responsibility and improve. With appropriate support, structure, and guidance, there is genuine potential for rehabilitation.

A sentence that balances accountability with the possibility of redemption can have a lasting positive impact—not only on Michael, but also on his family and community. Compassion in sentencing does not

diminish justice; rather, it strengthens it by recognizing the full humanity of the individual before the Court.

I respectfully ask that you consider these factors as you determine a fair and just sentence. Thank you for your time, attention, and dedication to thoughtful justice.

Respectfully,
Shelly-Ann Palmer

Address Redacted

CENTRAL FALLS
DETENTION FACILITY CORPORATION

**October 2nd, 2026**

**Peter Charles Horstman**
**21 High Land Circle**
**Suite 202, Needham MA 02494**

**Re: Riley, Michael**
**D.O.B 01/03/1978**
**USMS# 82949-510**

To Whom It May Concern,

Please be advised that Mr. Riley Michael was received at the Donald W. Wyatt Detention Facility on February 14th, 2024. He is being held for the United States Marshals Service, District of Massachusetts.

Since being housed at this facility, Mr. Riley has received no disciplinary infraction. He has successfully completed several programs/educational courses on the tablet and is currently participating in the Detainee Worker Program. Mr. Riley started the Detainee Workers Program in March of 2025 and is currently still participating as a Unit Worker. Mr. Riley has also completed The Impact of Crimes on Victims.

A copy of his certificates/transcripts are attached for your review.

Mr. Riley Michael continues to remain respectful towards staff and his peers.

If you should have any questions feel free to contact my office at (401)721-04371.

Sincerely,

M.Gomes
Correction Unit Manager

L. Jimenez
Programs Director

CENTRAL FALLS
DETENTION FACILITY CORPORATION

October 5, 2026

Law Offices of Peter Charles Horstmann
Attorney Peter C. Horstmann
21 Highland Cir. Suite 202
Needham Heights, MA 02494

Re: Michael Riley
D.O.B 1/3/1978
USMS# 82949-510

Dear Attorney Horstmann,

Please be advised, Mr. Riley was received at the Donald W. Wyatt Detention Facility on February 14, 2024. He is being held currently for the United States Marshals Service, District of Massachusetts.

Mr. Riley is currently participating in the Detainee Worker Program starting out as a Unit worker from September 24, 2025 through October 8, 2025 and then becoming a Bio Hazard worker since October 8, 2025. Mr. Riley has completed The Impact of Crime on Victims program his certificate/transcripts are attached.

Mr. Riley has had one disciplinary infraction; his report is attached.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

M. Nessinger
Warden

MN/ab